1 | DAVID J. COOK, ESQ. (State Bar # 060859)
  | ROBERT J. PERKISS, ESQ (State Bar # 62386)
2 | COOK COLLECTION ATTORNEYS
  | A PROFESSIONAL LAW CORPORATION
3 | 165 Fell Street
  | San Francisco, CA 94102-5106
4 | Mailing Address: P.O. Box 270
  | San Francisco, CA 94104-0270
5 | Tel.: (415) 989-4730
  | Fax: (415) 989-0491
6 | Email: Cook@SqueezeBloodFromTurnip.com
  | File No. 55,340
7
  | Attorneys for Plaintiff
8 | LUMBER LIQUIDATORS, INC.

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT DISTRICT OF CALIFORNIA

11 | RIVERSIDE DIVISION

12
13 | LUMBER LIQUIDATORS, INC.,          ) CASE NO. 5:12-mc-00012-UA
14 |                Plaintiff,           ) APPLICATION IN SUPPORT OF
   |                                     ) ORDER DIRECTING THE CLERK OF
15 | vs.                                 ) THE COURT TO ISSUE WRITS OF
   |                                     ) EXECUTION, ABSTRACTS OF
16 | KEVIN H. SULLIVAN,                  ) JUDGMENT, AND OTHER
   |                                     ) SUPPLEMENTAL PROCESS
17 |                Defendant.           )
   |                                     )

18 |     COMES NOW LUMBER LIQUIDATORS, INC., who hereby moves this
19 | court ex parte for an order directing that the Clerk of the Court issue writs of
20 | execution, abstracts of judgment, and other supplemental process, on the grounds
21 | that the judgment registered herein confirms an Arbitration Award, but the face of
22 | the judgment does not reflect the monetary damages set forth in the Arbitration
23 | Award assessed against the Defendant.
24 |     Plaintiff seeks an order directing that the Clerk of the Court issue Abstracts
25 | of Judgment, Writs of Execution, and other civil process, for a money judgment,
26 | among other relief, in which the principal amount of the award is $359,389, accrued
27 | interest as of June 8, 2012 in the amount of $66,048.64, for a total of $425,437.64
28 | as of June 8, 2012, and interest thereafter at $118.15 per day.

1  Notwithstanding the entry of this proposed order, Plaintiff reserves all rights
2  under the judgment as entered, including but not limited to, the injunctive relief
3  rendered against Kevin H. Sullivan, and all other provisions thereunder.

4  DATED:  June 11, 2012         COOK COLLECTION ATTORNEYS

5                                By:   /s/ David J. Cook
                                  DAVID J. COOK, ESQ. (SBN 060859)
                                  Attorneys for Plaintiff
6                                 LUMBER LIQUIDATORS, INC.

7
   F:\USERS\DJCNEW\sullivan.app5
8